IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Norwood, Deidra

Printed: 02/10/09

Case Number: 05 B 61486
Judge: Goldgar, A. Benjamin
Filed: 10/16/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: December 30, 2008
Confirmed: December 13, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,600.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,457.32 |
| Trustee Fee: | | 142.68 |
| Other Funds: | | 0.00 |
| Totals: | 2,600.00 | 2,600.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,963.00 | 2,457.32 |
| 2. | RoundUp Funding LLC | Unsecured | 62.22 | 0.00 |
| 3. | Capital One | Unsecured | 92.42 | 0.00 |
| 4. | Jefferson Capital | Unsecured | 57.22 | 0.00 |
| 5. | Jefferson Capital | Unsecured | 141.56 | 0.00 |
| 6. | Midland Credit Management | Unsecured | 162.80 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 93.53 | 0.00 |
| 8. | American General Finance | Unsecured | | No Claim Filed |
| 9. | Communication Svc | Unsecured | | No Claim Filed |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 11. | Bonded Collection Agency | Unsecured | | No Claim Filed |
| 12. | Newport News | Unsecured | | No Claim Filed |
| 13. | MRC Receivables Corp | Unsecured | | No Claim Filed |
| | | | $ 3,572.75 | $ 2,457.32 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 23.28 |
| 5% | 7.90 |
| 4.8% | 15.12 |
| 5.4% | 70.38 |
| 6.5% | 26.00 |
| | $ 142.68 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Norwood, Deidra

Printed: 02/10/09

Case Number: 05 B 61486
Judge: Goldgar, A. Benjamin
Filed: 10/16/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: